DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SFR SERVICES, LLC, RICKY McGRAW, ELITE CLAIMS CONSULTANTS, LLC, MATTHEW McGRAW, JESSICA McGRAW, McGRAW PROPERTY SOLUTIONS, LLC** and **McGRAW ASSET MANAGEMENT, LLC,**
Appellants,

v.

**ZINOBER, DIANA & MONTEVERDE, P.A.** and **MICHAEL A. MONTEVERDE,**
Appellees.

Nos. 4D2024-1268 and 4D2025-0455

[August 6, 2026]

Consolidated appeals from the Circuit Court for the Nineteenth Judicial Circuit, Martin County, Elizabeth Ann Metzger, Judge, L.T. Case No. 432022CA000511CAAXMX.

Melissa A. Giasi and Michael A. Giasi of Giasi Law, P.A., Tampa, for appellants.

Yvette Rose Lavelle and Mayda Z. Mallory of Boyd Richards Parker Colonnelli, Miami, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHEPHERD and LOTT, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***